UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60288-CIV-GOLD/TURNOFF

In re: AIDEN M. O'ROURKE,

    Debtor.

_____/

SHERIDAN HEALTHCORP, INC.,

    Appellant,

v.

MARIKA TOLZ,

    Trustee/Appellee.

_____/

### ORDER ADMINISTRATIVELY CLOSING APPEAL

THIS CAUSE came before the Court upon the parties' Agreed Motion to Abate Bankruptcy Appeal [DE 3]. In the Motion, the parties informed me that several matters pending in front of the Bankruptcy Court may render the present appeal moot, and request that this matter be abated for six months. Having reviewed the Motion, and noting that the parties are in agreement, it is hereby

ORDERED AND ADJUDGED:

1. The Agreed Motion [DE 3] is GRANTED as follows:

    a. This Appeal is ADMINISTRATIVELY CLOSED;

    b. Within six months from the date of this Order, either party may move the Court to re-open the matter, if appropriate.

    c. The parties are instructed to notify the Court of any disposition in this case by filing a Joint Notice.

    d.    Should the issues in this Appeal become moot, the parties are instructed to notify the court by filing the appropriate motion closing this matter.

2.    All other pending motions are DENIED WITHOUT PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2008.

                                                  THE HONORABLE ALAN S. GOLD
                                                 UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge William Turnoff
All Counsel of Record