UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60288-CIV-GOLD/McALILEY

In re: AIDEN M. O'ROURKE,

    Debtor.
_____/

SHERIDAN HEALTHCORP, INC.,

    Appellant,

v.

MARIKA TOLZ,

    Trustee/Appellee.
_____/

ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL
OF BANKRUPTCY APPEAL; CLOSING CASE

THIS CAUSE came before the Court upon Appellant's Motion for Voluntary Dismissal of Bankruptcy Appeal [DE 5], in which it informs the Court that Appellant no longer wishes to pursue this appeal. Having reviewed the motion and being otherwise duly informed, it is hereby

ORDERED AND ADJUDGED:

1. The Motion [DE 5] is GRANTED.

2. This Appeal is DISMISSED.

3. The Clerk of Court is instructed to CLOSE this matter.

DONE AND ORDERED in Chambers at Miami, Florida, this __ day of May, 2008.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
All counsel of record